FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-22-00322-CR

Jonathan David **FLOYD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 619928
Honorable Timothy Johnson, Judge Presiding

# O R D E R

Appellant's Motion for Extension of Time to File Appellant's Brief is hereby GRANTED. The Appellant's Brief is due December 29, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court